A. SCHWOERER & SONS, INCORPORATED, Respondent, *v.* SAMUEL H. STONE, Appellant.

*Schwoerer & Sons, Inc.,* v. *Stone,* 130 App. Div. 796, affirmed.
(Argued December 7, 1910; decided January 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1909, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover a balance alleged to be due for labor performed and materials furnished.

*Benjamin F. Feiner* and *Samuel M. Fischer* for appellant.

*Bertram L. Kraus* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.